David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Henry Austin*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Henry Austin,<br><br>          Plaintiff,<br><br>v.<br><br>New Penn Financial, LLC dba<br>Shellpoint Mortgage Servicing,<br><br>          Defendants. | Case No. 2:16-cv-00939-APG-CWH<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO SHELLPOINT ONLY**<br><br>**ORDER** |

   Plaintiff Henry Austin hereby moves that the above-entitled action shall

…

…

…

…

…

…

…

…

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, New Penn Financial, LLC dba Shellpoint Mortgage Servicing**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: June 23, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Carlos Blumberg, Esq.<br>CARLOS BLUMBERG, ESQ.<br>Nevada Bar # 7607<br>**BLUMBERG LAW FIRM**<br>410 S. Rampart # 390<br>Las Vegas, Nevada 89145<br>Email: blumberglaw@aol.com<br>*Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 12, 2016