**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| HENRY AUSTIN, | Case No. 2:16-cv-00939-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| SHELLPOINT MORTGAGE SERVICING, *et al.*, | (ECF No. 13) |
| Defendants. | |

In light of the notice of settlement (ECF No. 25),

IT IS ORDERED that defendant Bank of America, N.A.'s motion to dismiss **(ECF No. 13) is DENIED as moot**.

DATED this 23rd day of August, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE