David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Henry Austin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Henry Austin,<br><br>        Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>        Defendants. | Case No. 2:16-cv-00939-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, NATIONAL ASSOCIATION ONLY** |

   Plaintiff Henry Austin and Bank of America, National Association hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, National Association**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: September 7, 2016

By:
/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:
/s/ Rex D. Garner, Esq.
Rex D. Garner, Esq.
Akerman LLP
1160 Town Center Drive
Suite 330
Las Vegas, NV 89144

*Attorney for Defendant Bank of America, National Association*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 8, 2016