David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Henry Austin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Henry Austin,<br><br>        Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>        Defendants. | Case No. 2:16-cv-00939-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

    Plaintiff Henry Austin and EXPERIAN INFORMATION SOLUTIONS, INC ("Experian") hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

Page **1** of **2**

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees and costs of suit.

Dated: February 15, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Jennifer L. Braster, Esq.
Jennifer L. Braster, Esq.
Maupin Naylor Braster
1050 Indigo Drive
Suite 200
Las Vegas, NV 89145
*Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 16, 2017